FILED

JAN 3 0 2012

CLERK, U.          CT COURT
SOUTHERN DISTRICT OF CA
BY

AO 245D  (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN               District of                CALIFORNIA

UNITED STATES OF AMERICA
**V.**

JORGE LUIS LERMA-DUENAS (1)
aka Jorge Lerma-Duenas

## JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 90CR0608-JLS

THOMAS PAUL MATTHEWS

Defendant's Attorney

**REGISTRATION No.** 03802198

THE DEFENDANT:

[x] admitted guilt to violation of allegation(s) No. TWO

[ ] was found in violation of allegation(s) No._____after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following allegation(s):

| Allegation Number | Nature of Violation |
|---|---|
| 2 | Committed a federal, state or local offense (nv I) |

Supervised Release      is revoked and the defendant is sentenced as provided in pages 2 through      2      of this judgment. This sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JANUARY 27, 2012

Date of Imposition of Sentence

HON. JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

90CR0608-JLS

AO 245B    (Rev. 9/00) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page    2    of    2

DEFENDANT: JORGE LUIS LERMA-DUENAS (1)
CASE NUMBER: 90CR0608-JLS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
SIXTEEN (16) MONTHS CONSECUTIVE TO SENTENCE IMPOSED IN 09CR0710-JLS.

☒ The court makes the following recommendations to the Bureau of Prisons:
    INCARCERATION IN THE WESTERN REGION OF THE UNITED STATES

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____  ☐ a.m.  ☐ p.m.  on _____ .
        as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

90CR0608-JLS